UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID ROBINSON, JR,

        Plaintiff,

-against-

              **MEMORANDUM & ORDER**
              14-cv-2642 (SLT) (LB)

WILLIAM BRATTON, et al.,

        Defendants.
-----------------------------------------------------------X
**TOWNES, United States District Judge,**

  Plaintiff David Robinson brings this *pro se* action pursuant to 42 U.S.C. § 1983. Currently before the Court is the Report and Recommendation (R&R) of Magistrate Judge Bloom, dated November 26, 2014, recommending that this Court dismiss Plaintiff's action pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure on the grounds that Plaintiff has failed to appear at two Court-ordered conferences and has not contacted the Court or defendants' counsel to explain his absences or request an adjournment. Judge Bloom concludes that "Plaintiff has abandoned this action." Objections to the R&R were due on December 15, 2014. 28 U.S.C. § 636(b)(1). Plaintiff did not file any objections.

  Upon review of the recommendation, this Court adopts and affirms the R&R of Magistrate Judge Bloom.

**SO ORDERED.**

            /s/ Sandra L. Townes
            SANDRA L. TOWNES
            UNITED STATES DISTRICT JUDGE

Brooklyn, New York
Dated: December 17, 2014